IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03318-STV

ERIC POWELL, an individual; and RICHARD GRAY,
an individual,

Plaintiffs,

v.

DIXON LAW, a Maryland limited liability company; and
ERIC DIXON, an individual,

Defendants.

## STATUS REPORT

Eric Powell ("Mr. Powell") and Richard Gray ("Mr. Gray," together with Mr. Powell, the "Plaintiffs"), by and through their counsel, the Ito Law Group, P.C., file this Status Report and state as follows:

1. On November 27, 2024, Plaintiffs commenced the above-entitled action. *See* ECF No. 1.

2. On December 8, 2024, personal service of the summons and complaint were effectuated on defendants Dixon Law, LLC and Eric Dixon (collectively, "Defendants"). *See* ECF Nos. 6, 7.

3. On December 18, 2024, Plaintiffs and Defendants, by and through their respective counsel, entered into a Second Tolling Agreement ("Second Tolling Agreement").

4. As set forth in the Second Tolling Agreement, Defendants requested and Plaintiffs agreed to binding arbitration of their dispute before JAMS.

5. Defendants have agreed to initiate the arbitration with JAMS and upon initiation of the arbitration Defendants have agreed to file a notice of dismissal of the above-captioned action without prejudice.

6. Plaintiffs anticipate that Defendants will initiate the arbitration within the next fourteen (14) days and once Plaintiffs have received confirmation that the arbitration has been commenced will promptly file a notice of dismissal without prejudice.

Dated: December 31, 2024                    **ITO LAW GROUP, P.C.**

By: /s/ Peter W. Ito
Peter W. Ito
1550 Larimer Street, Suite 667
Denver, CO 80202
Telephone: (720) 281-5294
Email: peter@itolawgroup.com

**Attorneys for Eric Powell and Richard Gray**